No. 16,492.

GALLEGOS ET AL. *v*. THE PEOPLE.
(223 P. [2d] 1045)

Decided October 30, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. MOYNIHAN-HUGHES-SHERMAN, for plaintiffs in error.

Mr. JOHN W. METZGER, Attorney General, Mr. RAYMOND B. DANKS, Assistant, for the people.